UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST HORIZON BANK,

                Plaintiff,

-against-

MOHAMMED GOLAM and SAYEM SOBHAN,

                Defendants.

23-CV-2781 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       The Complaint in this action was filed on April 4, 2023. On July 7, 2023, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 6. Counsel for Plaintiff filed a memorandum of law in opposition to the Court's order to show cause stating that he had been in contact with counsel for both Defendants and requesting further opportunity to serve Defendants. *See* ECF No. 9. On July 19, 2023, the Court granted Plaintiff an extension to serve Defendants and ordered Plaintiff to file proof of service by August 18, 2023. *See* July 19, 2023 Text Order. The Court notified Plaintiff that if it did not file proof of service of the Summons and Complaint by August 18, 2023, the Court would dismiss the Complaint. *Id.* Plaintiff did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

Dated: August 22, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2